Clais Daniels-Edwards, NY SBN 6069900
Assistant Federal Public Defender
Email: clais_daniels-edwards@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW MARCUM,<br><br>　　　　　　　　Defendant. | Case No. 3:25-mj-00188<br><br>UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |

Defendant, Andrew "Amber" Marcum, through her attorney, Clais Daniels-Edwards, hereby moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for October 3, 2025, for a period of sixty (12) days, up to and including October 15, 2025. AUSA Nicole Bockelman has indicated that she does not oppose this request.

Ms. Marcum understands that she has been accused by way of a criminal complaint with offenses under 18 U.S.C. § 111(a)(1) and (b) which are punishable by imprisonment for more than one year, and that under 18 U.S.C. § 3161(b) she has the right to a speedy indictment which requires the return of an indictment or filing of an information against her within thirty (30) days of her arrest.

PAGE 1.　UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

After receiving this advice at her initial appearance and through counsel, Ms. Marcum waives her right to prosecution by speedy indictment and consents to prosecution by indictment or information at a later time, not to exceed eighty-nine (89) days from the date of her arrest.

DATED: October 2, 2025.

/s/ Clais Daniels-Edwards
Clais Daniels-Edwards, NY SBN 6069900